754 A.2d 555

IN THE MATTER OF JAMES S. DE BOSH,
AN ATTORNEY AT LAW.

July 19, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **JAMES S. DE BOSH** of **PHILLIPS-BURG**, who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to prepare written fee agreement) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JAMES S. DE BOSH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.